UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>HECTOR HERNANDEZ-HERNANDEZ,<br><br>　　　　　　　　　Defendant. | No. CR 13-67 RSM-11<br><br>ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL |

THIS MATTER having come on upon the motion of the Defendant to allow a substitution of counsel, and the parties having agreed that the relief requested is appropriate as evidenced by the signatures of the respective counsel and the Court being advised on the premises, NOW THEREFORE

IT IS ORDERED, ADJUDGED AND DECREED that Glenn Carpenter shall be allowed to withdraw and John Henry Browne be substituted as counsel for Hector Hernandez-Hernandez.

DATED this 3rd day of April 2013.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
TO SUBSTITUTE COUNSEL - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

Presented by:

JOHN HENRY BROWNE, P.S.

*/s John Henry Browne*
John Henry Browne, WSBA #4677
Substituting Attorney for Hector Hernandez-Hernandez

Electronically approved by:

*/s Glenn Carpenter*
Glen Carpenter, WSBA #18301
Withdrawing Attorney

ORDER GRANTING MOTION
TO SUBSTITUTE COUNSEL - 2